UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TROY MAHAN,

    Plaintiff,

v.

    Case No. 3:24-cv-302-TJC-LLL

HEALTH OPTIONS, INC. and BLUE
CROSS & BLUE SHIELD OF
FLORIDA, INC.,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal, Doc. 39, filed on October 3, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of October, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record